**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: February 4, 2020**
**HEARING TIME: 1:00 P.M.**
**LOCATION: Vancouver, Washington**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 18-44220-BDL |
| MARK DANIEL HOUSE and CHRYSTAL MARIE HOUSE, | TRUSTEE'S RESPONSE TO DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN FILED 1/2/2020 |
| Debtors. | |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and responds to Debtors' Motion to Modify Chapter 13 Plan Filed 1/2/2020 ("Motion") (ECF No. 38), as follows:

## **BACKGROUND**

Debtors filed this Chapter 13 case on December 18, 2018. The applicable commitment period is sixty months. The case is currently in the fourteenth month. The bar date for filing non-governmental claims was February 26, 2019. Filed unsecured claims total $132,357.99. Debtors propose to pay at least $0 to allowed nonpriority unsecured claims.

RESPONSE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

# RESPONSE

☒ Schedules or other documentation insufficient: Debtor must provide evidence of the claimed additional medical expenses.

**WHEREFORE**, Trustee requests that the Motion be denied.

**DATED** this 27th day of January 2020.

/s/ Matthew J.P. Johnson  
Matthew J.P. Johnson, WSBA# 40476 for  
Michael G. Malaier, Chapter 13 Trustee

# CERTIFICATE OF MAILING

I certify under penalty of perjury under the laws of the United States that on January 27, 2020, I caused to be mailed via first class mail a true and correct copy of the Trustee's Response to Debtors' Motion to Approve Amended Chapter 13 Plan to the following:

Mark Daniel House  
Chrystal Marie House  
191 Curtis Drive  
Longview WA 98632

The following parties received Trustee's Response to Debtors' Motion to Approve Amended Chapter 13 Plan via ECF:

Ellen Ann Brown  
Michael H. Hekman  
Nikole Montufar  
United States Trustee

Executed at Tacoma, Washington this 27th day of January, 2020.

/s/ Ruth Wilson  
Motion Coordinator for  
Michael G. Malaier, Chapter 13 Trustee

RESPONSE

- 2

Michael G. Malaier  
Chapter 13 Standing Trustee  
2122 Commerce Street  
Tacoma, WA 98402  
(253) 572-6600